NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000672
09-JUL-2014
09:44 AM

NO. CAAP-11-0000672 & CAAP-11-0000776

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


GLORIA S. FUKUMITSU, TRUSTEE OF THE
MARVIN H. FUKUMITSU REVOCABLE TRUST,
Plaintiff-Appellee,
v.
GEORGE R. FUKUMITSU, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NOS. 05-1-1857 AND 08-1-0843)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on May 29, 2014, is corrected as follows:

In the portion of the case caption where the case number and the court from which the appeal is taken is designated, the case number "08-1-0843" is added to "CIVIL NO. 05-1-1857" so that the caption reads:

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NOS. 05-1-1857 AND 08-1-0843)

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, July 9, 2014.

Associate Judge

---

[1]  Foley, Presiding Judge and Leonard and Reifurth, JJ.